UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Honorable Susan D. Wigenton |
| v. : | Case No: 2:10-cr-584 (SDW) |
| KEVIN BROWN : | **CONTINUANCE ORDER** |

An indictment, charging defendant with one count of knowingly possessing in and affecting commerce a loaded firearm and a high capacity magazine with ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Essex County, in violation of Title 18, United States Code, Section 922(g), having been filed on September 2, 2010; and defendant having appeared for his arraignment before the Honorable Susan D. Wigenton, United States District Judge on October 4, 2010; and defendant now being represented by David A. Holman, Assistant Federal Public Defender; and no bail having been set by the Court; and defendant and his counsel being aware that he has the right to have a trial in this matter within (70) days of his pleading not guilty, pursuant to Title 18, United States Code, Section 3161(c)(1); and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the Government and defendant hereby request a continuance pursuant to Title 18, United States Code, Section

3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach a plea agreement which would thereby render trial of this matter unnecessary;

IT IS on this _____ day of October, 2010

ORDERED that the proceedings in the above-captioned matter are continued for sixty days, from October 4, 2010 to and including December 3, 2010, for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendant desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Form and entry
consented to:

_____
Jacques S. Pierre
Assistant U.S. Attorney

_____
David A. Holman, Esq.
Counsel for defendant Kevin Brown